450 A.2d 211

Commonwealth v. Vlassich, Appellant.

Petition for Allowance of Appeal
Denied Feb. 1, 1983.

Argued April 13, 1982. Stanley Wolowski, for appellant; Charles S. Hersh, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, JOHNSON and POPOVICH, JJ.

Order and judgment of sentence affirmed.